UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

DONALD M. JENKINSON,
Institutional ID No. 114567

    Plaintiff,

v.

TAYLOR COUNTY DETENTION CENTER,

    Defendant.

No. 1:21-CV-00060-H

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged therein are dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

All relief not expressly granted and any pending motions are denied.

The Court will enter judgment accordingly.

So ordered.

Dated August 22, 2022.

                                                JAMES WESLEY HENDRIX
                                                United States District Judge